UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA E.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY,[2] <br><br> Commissioner of Social Security <br><br> Defendant. | Case No. 2:23-cv-04777-VBF-SSC <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1 | objected.  The Court accepts the findings and conclusions of the
2 | Magistrate Judge in the Report and Recommendation.
3 |     IT IS ORDERED that Judgment be entered reversing the decision
4 | of the Commissioner of Social Security and remanding this matter for
5 | further administrative proceedings consistent with this Report.

DATED:  9/20/2024            /s/ Valerie Baker Fairbank
                                   HONORABLE VALERIE BAKER FAIRBANK
                                       UNITED STATES DISTRICT JUDGE