JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TINA E.,[1]

                    Plaintiff,

           v.

MARTIN J. O'MALLEY,[2]

Commissioner of Social Security

                    Defendant.

Case No. 2:23-cv-04777-VBF-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner is reversed and

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1   remanded for further proceedings consistent with the Report and

2   Recommendation of United States Magistrate Judge.

3

4   DATED:   9/20/2024          /s/ Valerie Baker Fairbank

5                              HONORABLE VALERIE BAKER FAIRBANK
                               UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28